UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-60316-CR-MIDDLEBROOKS   MAGISTRATE JOHNSON
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

v.

JAMES THOMPSON,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about October 14, 2004, in Broward County, in the Southern District of Florida, the defendant,

**JAMES THOMPSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance consisted of five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," and, in fact, consisted of at least thirty-five (35) grams of a mixture and substance containing a detectable amount of cocaine base.

## COUNT 2

On or about November 14, 2004, in Broward County, in the Southern District of Florida, the defendant,

**JAMES THOMPSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance consisted of five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine."

## COUNT 3

On or about November 30, 2004, in Broward County, in the Southern District of Florida, the defendant,

**JAMES THOMPSON,**

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance consisted of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine."

## COUNT 4

On or about December 10, 2004, in Broward County, in the Southern District of Florida, the defendant,

**JAMES THOMPSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that the controlled substance consisted of a mixture and substance containing a detectable amount of cocaine

base, commonly known as "crack cocaine."

A TRUE BILL

_____
FOREPERSON

_____
for MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JULIA J. VAGLIENTI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: James Thompson

**Case No**: _____

Counts #: 1-2

 Possession with intent to distribute Cocaine Base (Crack Cocaine);

 in violation of Title 21 U.S.C. § 841(a)(1)

* **Max.Penalty**:   5 years mandatory minimum and 40 years' maximum imprisonment;
 $2,000,000 fine; 4 years supervised release

Counts #: 3-4

 Possession with intent to distribute Cocaine Base (Crack Cocaine);

 in violation of Title 21 U.S.C. § 841(a)(1)

* **Max.Penalty**:   20 years imprisonment; $1,000,000 fine; 3 years supervised release

Count #:

**\*Max. Penalty**:

Count #:

**\*Max. Penalty**:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

04-60316

UNITED STATES OF AMERICA

vs.

JAMES THOMPSON,

                **Defendant.**
_____/

CASE NO. _____

CR-MIDDLEBROOKS

**CERTIFICATE OF TRIAL ATTORNEY**

MAGISTRATE JOHNSON

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL     ___ WPB    ___ FTP

New Defendant(s)   Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect    English

4. This case will take   3   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)      (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)    Yes
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)    No
   If yes:
   Magistrate Case No.    Pending
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?    ___ Yes    _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?    ___ Yes    _X_ No
   If yes, was it pending in the Central Region?    ___ Yes    ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ___ Yes    _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?    ___ Yes    _X_ No

_____
Julia J. Vaglienti
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A550485

*Penalty Sheet(s) attached

REV.1/14/04